
RECEIVED
IN MONROE, LA
OCT 23 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANDRE CARPRUE | CIVIL ACTION NO. 05-00009 |
| VS. | JUDGE ROBERT G. JAMES |
| EXIDE TECHNOLOGIES | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Exide Technologies's Motion for Summary Judgment [Doc. No. 46] is GRANTED, and Plaintiff's claims against Defendant Exide Technologies are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 20 day of October, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE